UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| I.L., a minor through her parent Donna Taylor, and DONNA TAYLOR, | ) ) ) | |
| *Plaintiffs* and *Counter-Defendants*, | ) ) ) ) | |
| v. | ) ) | |
| KNOX COUNTY BOARD OF EDUCATION, | ) ) ) | No. 3:15-cv-558 |
| *Defendant* and *Counter-Claimant*, | ) ) ) ) | Reeves/Guyton |
| and | ) ) | |
| KNOX COUNTY, TENNESSEE; and TENNESSEE DEPARTMENT OF EDUCATION, | ) ) ) ) ) | |
| *Defendants*. | ) | |

### Memorandum Opinion and Order

Before the Court is Plaintiffs' motion to strike the Tennessee Department of Education's motion for summary judgment. [D. 93]. In light of this case's posture and the need for judicial economy, the Court will allow an exception to the three-stage process for resolving discovery disputes. *See EEOC v. Dolgencorp, LLC*, 196 F. Supp. 3d 783, 793 (E.D. Tenn. 2016). The Department of Education is **ORDERED** to respond to Plaintiffs' request for production by **May 11, 2017**. Boilerplate objections will not be considered, as parties responding to requests for production must "state with specificity the grounds for objecting to the request, including the reasons." FED. R. CIV. P. 34(b)(2)(B); *see also Liguria Foods, Inc. v. Griffith Labs., Inc.*, ___ F.R.D. ___, 2017 WL 976626 (N.D. Iowa Mar. 13, 2017). Plaintiffs can upload the responses to the docket in support of their opposition to the Department's motion, and they should do so in a timely manner. The 150-day timeline for the Court to address dispositive motions will not be affected.

1

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**